UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAR 13 2008

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 4:N0. 08CR00176ERW ) |
| JOHN W. JOHNSON, | ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 3, 2006, within the Eastern District of Missouri,

**JOHN W. JOHNSON,**

the Defendant herein, with intent to deceive, did falsely represent that a number was the Social Security Account Number assigned to him by the Commissioner of Social Security for the purpose of obtaining something of value, namely to obtain an American Express credit account, when in truth and in fact, as the Defendant then knew, the number he represented was not the Social Security Account Number assigned to him.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT TWO

The Grand Jury further charges that:

On about January 3, 2006, within the Eastern District of Missouri,

**JOHN W. JOHNSON,**

the Defendant herein, during and in relation to a violation of Title 42, United States Code, Section 408(a)(7)(B), did knowingly and without lawful authority use a means of identification of another person, namely the Social Security Account Number of a person referred to herein as "J.B."

In violation of Title 18, United States Code, Sections 1028A(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about February 28, 2006, within the Eastern District of Missouri,

**JOHN W. JOHNSON,**

the Defendant herein, with intent to deceive, did falsely represent that a number was the Social Security Account Number assigned to him by the Commissioner of Social Security for the purpose of obtaining something of value, namely to obtain a home mortgage loan, when in truth and in fact, as the Defendant then knew, the number he represented was not the Social Security Account Number assigned to him.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT FOUR

The Grand Jury further charges that:

On or about February 28, 2006, within the Eastern District of Missouri,

**JOHN W. JOHNSON,**

the Defendant herein, during and in relation to a violation of Title 42, United States Code, Section 408(a)(7)(B), did knowingly and without lawful authority use a means of identification of another person, namely the Social Security Account Number of a person referred to herein as "J.B."

In violation of Title 18, United States Code, Sections 1028A(a)(1).

A TRUE BILL.


_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____
JOHN M. BODENHAUSEN, #94806
Assistant United States Attorney